In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-064 CR


____________________



ERIC DEWAYNE GARRETT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 87381






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Eric Dewayne Garrett, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and filed by his attorney of record, Thomas J. Pearson. No opinion has issued
in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED. 


 PER CURIAM


Opinion Delivered August 14, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. p. 47.4.